1   PETER R. BOUTIN, CASB No. 65261
    peter.boutin@kyl.com
2   CHRISTOPHER A. STECHER, CASB No. 215329
    christopher.stecher@kyl.com
3   ALEXANDER J. BUKAC, CASB No. 305491
    alexander.bukac@kyl.com
4   KEESAL, YOUNG & LOGAN
    A Professional Corporation
5   450 Pacific Avenue
    San Francisco, California  94133
6   Telephone:    (415) 398-6000
    Facsimile:    (415) 981-0136
7
8   TIMOTHY P. HARKNESS (*pro hac vice*)
    timothy.harkness@freshfields.com
9   ELIZABETH SKEEN (*pro hac vice*)
    elizabeth.skeen@freshfields.com
10  FRESHFIELDS BRUCKHAUS DERINGER US LLP
    601 Lexington Avenue, 31st Floor
11  New York, New York 10022
    Telephone:    (212) 277-4000
12  Facsimile:    (212) 277-4001

13  Attorneys for Defendants
    AXEL SPRINGER SE, AXEL SPRINGER SERVICES INC. and
14  AXEL SPRINGER DIGITAL VENTURES GMBH

15          **UNITED STATES DISTRICT COURT**

16          **NORTHERN DISTRICT OF CALIFORNIA**

17  UPDATEME INC., a Delaware Corporation,      ) Case No. 5:17-cv-5054-SI
                                                )
18                                 Plaintiff,   ) *Action Filed:  August 31, 2007*
                                                )
19                  vs.                         ) **STIPULATED REQUEST AND**
                                                ) **[PROPOSED] ORDER  TO FILE JOINT**
20  AXEL SPRINGER SE, a German societas         ) **RULE 26(f) REPORT ON NOVEMBER 27,**
    Europaea; AXEL SPRINGER SERVICES INC.,      ) **2017**
21  a Delaware Corporation; AXEL SPRINGER       )
    DIGITAL VENTURES GMBH, a German             ) Date:      November 30, 2017
22  Gesellschaft mit beschrankter Haftung; and  ) Time:      2:30 pm
    UPDAY GMBH & Co. KG, a German               ) Judge:     Hon. Susan Illston (Courtroom 1)
23  Kommanditgesellschaft,                      )
                                                )
24                                Defendants.   )

25

26          WHEREAS, Plaintiff Updateme Inc. filed a Complaint against Defendants Axel Springer SE,

27  Axel Springer Services Inc., Axel Springer Digital Ventures GmbH and upday GmbH & Co. KG on or

28  about August 31, 2017, in this Court; and

                                    - 1 -

1    WHEREAS, a Case Management Conference is scheduled to take place on November 30,

2    2017 at 2:30 p.m., having been advanced by the Court from the original December 1, 2017 Case

3    Management Conference on November 22, 2017.  [ECF #45.]

4    WHEREAS, based upon the advanced date, the parties would be required to file their joint

5    Rule 26(f) Report on November 22, 2017.

6    WHEREAS, counsel for the parties conferred on November 3, 2017, and are actively working

7    in good faith to finalize the joint Rule 26(f) Report, and counsel is awaiting further input from their

8    clients.

9    WHEREAS, the parties seek a short extension to submit their joint Rule 26(f) Report on

10   Monday, November 27, 2017, which is just after the Thanksgiving holiday weekend;

11   WHEREAS, good cause exists to move the due date of the joint Rule 26(f) Report to allow the

12   parties a short amount of time to finalize their joint Report.

13   THEREFORE, the parties request that the Court permit the filing of a joint Rule 26(f) Report

14   on November 27, 2017.

15   IT IS SO STIPULATED AND REQUESTED.

16

17   DATED:  November 22, 2017          /s/ Guy Ruttenberg_____

18                                     GUY RUTTENBERG
                                       STEVE A. PAPAZIAN
19                                     RUTTENBERG IP LAW,
                                       A PROFESSIONAL CORPORATION

20                                     Attorneys for Plaintiff
21                                     UPDATEME INC.

22

23   DATED:  November 22, 2017          /s/Peter R. Boutin_____

24                                     PETER R. BOUTIN
                                       CHRISTOPHER A. STECHER
                                       KEESAL, YOUNG & LOGAN

25                                     Attorneys for Defendants
26                                     AXEL SPRINGER SE, AXEL SPRINGER SERVICES INC.
                                       AND AXEL SPRINGER DIGITAL VENTURES GMBH

27

28

- 2 -

1

**[PROPOSED] ORDER**

2

3   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5   DATED: _____, 2017

6   _____
    THE HONORABLE SUSAN ILLSTON
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -