UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPDATEME INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>AXEL SPRINGER SE, et al.,<br><br>    Defendants. | Case No. 17-cv-05054-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 9, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: October 5, 2018.

DESIGNATION OF EXPERTS: 11/7/18; REBUTTAL: 12/5/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 10, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 1, 2019;
    Opp. Due: March 15, 2019; Reply Due: March 22, 2019;
    and set for hearing no later than April 5, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 30, 2019 at 3:30 PM.

JURY TRIAL DATE: May 20, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendant indicated that it will file motion to dismiss as to the Amended Complaint.
The Court will not bifurcate discovery.
Counsel are in the process of preparing a protective order.
The parties are scheduled for a settlement conference before Mag. Judge Corley on 2/2/17

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 12/18/17

SUSAN ILLSTON
United States District Judge