United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UPDATEME INC., <br> Plaintiff, <br> v. <br> AXEL SPRINGER SE, et al., <br> Defendants. | Case No. 17-cv-05054-SI (LB) <br><br> **ORDER ADDRESSING DISCOVERY DISPUTES** |

The court held a discovery hearing on August 2, 2018 to address the parties' discovery disputes and rules as follows.

First, the relevant ESI date range for the defendants' production is through December 31, 2017.

Second, the deadline for document production is August 31, 2018 for the plaintiff and the defendants.

Third, the defendants will confirm the sufficiency of the Diekmann production by Monday, August 6, 2018.

Fourth, the parties will confer on their ESI search terms next week, decide which terms to run on which data sets (presumably tethered to time periods), and identify the time it will take to complete the ESI productions by Thursday, August 9, 2018.

Fifth, by Friday, August 10, 2018, the parties must confer and preferably fix their deposition schedules for all deponents. As part of this discussion, the parties must work out the appropriate time to allot to the Diekmann deposition (as discussed at the hearing). Probably the deposition ought to be longer than a day so that the plaintiff may have the full day (if necessary) for what will be trial testimony.

Finally, the parties must update the court by Friday, August 10, 2018, about their progress on these goals and any proposed next steps.

**IT IS SO ORDERED.**

Dated: August 2, 2018

_____
LAUREL BEELER
United States Magistrate Judge