1  Guy Ruttenberg, Bar No. 207937
   guy@ruttenbergiplaw.com
2  Steve A. Papazian, Bar No. 288097
   steve@ruttenbergiplaw.com
3  Michael Eshaghian, Bar No. 300869
   mike@ruttenbergiplaw.com
4  RUTTENBERG IP LAW,
   A PROFESSIONAL CORPORATION
5  1801 Century Park East, Suite 1920
   Los Angeles, CA 90067
6  Telephone: (310) 627-2270
   Facsimile: (310) 627-2260

Attorneys for Plaintiff Updateme Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPDATEME INC., *a Delaware Corporation*, | Case No. 3:17-cv-05054-SI |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST AND [PROPOSED] ORDER TO DISMISS LITIGATION** |
| AXEL SPRINGER SE, *a German societas Europaea*; AXEL SPRINGER SERVICES INC., *a Delaware Corporation*; AXEL SPRINGER DIGITAL VENTURES GMBH, *a German Gesellschaft mit beschrankter Haftung*; and UPDAY GMBH & Co. KG, *a German Kommanditgesellschaft*, | Date:   N/A  
Time:   N/A  
Judge:  Hon. Susan Illston |
| Defendants. | |

| | |
|---|---|
| 1 | Plaintiff Updateme Inc. and Defendants Axel Springer SE, Axel Springer Services, Inc., Axel Springer Digital Ventures GmbH, and upday GmbH & Co. KG have finalized their settlement and jointly seek dismissal of this litigation, including all claims and defenses, with prejudice. |

Plaintiff Updateme Inc. and Defendants Axel Springer SE, Axel Springer Services, Inc., Axel Springer Digital Ventures GmbH, and upday GmbH & Co. KG have finalized their settlement and jointly seek dismissal of this litigation, including all claims and defenses, with prejudice.

Accordingly, the parties agree, with the Court's consent, as follows:

1. All claims and defenses in the above-captioned litigation are dismissed with prejudice.
2. Each side shall bear its own costs for the above-captioned litigation.
3. The Court retains jurisdiction to enforce any settlement reached between the parties.

IT IS SO STIPULATED AND REQUESTED.

DATED: November 15, 2018      By:   */s/ Guy Ruttenberg*
                                    Guy Ruttenberg
                                    RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
                                    1801 Century Park East, Suite 1920
                                    Los Angeles, CA 90067
                                    Telephone: (310) 627-2270
                                    Facsimile: (310) 627-2260
                                    guy@ruttenbergiplaw.com
                                    *Attorney for Plaintiff*

DATED: November 15, 2018      By:   */s/ Timothy P. Harkness*
                                    Peter R. Boutin
                                    Christopher A. Stecher
                                    KEESAL, YOUNG & LOGAN

                                    Timothy P. Harkness (pro hac vice)
                                    Peter Jaffe (pro hac vice)
                                    Rebecca Curwin (pro hac vice)
                                    FRESHFIELDS BRUCKHAUS DERINGER US LLP
                                    *Attorneys for Defendants*

I, Guy Ruttenberg, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.

                              */s/ Guy Ruttenberg*
                              Guy Ruttenberg

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 11/15/18

*Susan Illston* (signature)
Hon. Susan Illston
United States District Judge